IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA PAZOS, | § | |
| | § | No. 367, 2024 |
| Petitioner Below, Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| ADAPTHEALTH LLC, | § | C.A. No. N23C-02-164 |
| | § | |
| Respondent Below, Appellee. | § | |

Submitted: March 12, 2025
Decided: March 25, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion and Order granting Respondent's motion to dismiss and denying Petitioner's motion for summary judgment dated August 12, 2024.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] The Superior Court issued its decision under seal on July 30, 2024, and provided the parties an opportunity to request redactions. The Superior Court issued the public version of the decision on August 12, 2024, and then reentered it on the Superior Court docket on August 15, 2024, after a minor editing correction. *See* C.A. No. N23C-02-164, Dkts. 45, 46.